# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2022-1339**
Z.A.H. v. State of Alabama (Appeal from Etowah Circuit Court: CC-21-1657).

## NOTICE

You are hereby notified that on July 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk